CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 13181
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: cmamer@messner.com
        rfinch@messner.com

DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135

*Attorneys for Defendant,*
*Anderson Financial Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| KATELYN WHITTEMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, ANDERSON BUSINESS ADVISORS, LLC., a Nevada limited liability Company, ANDERSON LAW GROUP, PLLC, a Washington Limited Liability Company, ANDERSON LAW GROUP II, PLLC, a Washington Professional Limited Liability Company, THE ANDERSON LAW GROUP PLLC, A Washington Professional Limited Liability Company, VAST WHOLESALE SOLUTIONS, LLC, a Washington Limited Liability Company, | Case No. 2:19-cv-01951-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT [ECF NO. 34]**<br><br>**(FIRST REQUEST)** |

ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company;
VAST SOLUTIONS GROUP, INC., a Nevada Corporation,
VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation;
ANDERSON REGISTERED AGENTS, A Nevada Domestic Corporation,
ANDERSON LAW GROUP, PLLC, A Washington Registered Foreign Limited Liability Company with the State of Nevada,
ANDERSON BUSINESS ADVISORS, LLC, A Nevada Limited Liability Company,
GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company,
VAST CHESTER AVENUE SOLUTIONS LLC, A Washington Limited Liability Company,
VAST BROWNE'S ADDITION SOULTIONS, LLC, A Washington Limited Liability Company,
VAST FINANCIAL SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST MORTGAGE SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST FIR AVENUE SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST OLD KENNEWICK SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST PROPERTY SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST WHOLESALE SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST WEST ALBANY SOLUTIONS, LLC, A Washington Limited Liability Company,
VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company,
VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company;
DOES 1-100, inclusive,

              Defendants.

The parties, by and through counsel of record, hereby stipulate and agree that Defendant will be granted an extension until **July 1, 2020** to file and serve a response to Plaintiff's Motion to File Second Amended Complaint [ECF 34]. The Motion was filed on June 10, 2020 and Defendant's response is due on June 24, 2020.

This request is made in good faith and not for the purpose of delay.

DATED this 24th day of June 2020.

**MESSNER REEVES LLP**

BY: */s/ CHRISTINA MUNDY-MAMER*

CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 13181
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant,*
*Anderson Financial Services, LLC*

and

**PRINCE LAW GROUP**

DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
10801 W. Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Anderson Financial Services, LLC*

///

///

///

**DATED:** June 24, 2020

HKM EMPLOYMENT ATTORNEYS, LLP

BY: */S/ JENNY FOLEY, PH.D.*
JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
1785 EAST SAHARA, SUITE 300
LAS VEGAS, NEVADA 89104
TEL: (702) 805-8340
FAX: (702) 625-3893
*Attorneys for Plaintiff*

and

**MULLINS & TRENCHAK**

PHILIP J. TRENCHAK, ESQ.
VICTORIA MULLINS, ESQ.
1614 S. MARYLAND PARKWAY
LAS VEGAS, NV 89104
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED this 25th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE