1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
4  Tel: (702) 805-8340
   Fax: (702) 920-8112
5  E-mail: jfoley@hkm.com
   *Attorneys for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9  | KATELYN WHITTEMORE, an individual, | |
   |---|---|
   |                     | **CASE NO.: 2:19-cv-01951-GMN-EJY** |
   | Plaintiff,          | |
   |                     | **NOTICE OF WITHDRAWAL OF** |
   | vs.                 | **ATTORNEY MARTA D.** |
   |                     | **KURSHUMOVA** |
   | ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, ANDERSON BUSINESS ADVISORS, LLC., a Nevada limited liability Company, ANDERSON LAW GROUP, PLLC, a Washington Limited Liability Company, ANDERSON LAW GROUP II, PLLC, a Washington Professional Limited Liability Company, THE ANDERSON LAW GROUP PLLC, A Washington Professional Limited Liability Company, VAST WHOLESALE SOLUTIONS, LLC, a Washington Limited Liability Company, ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation, ANDERSON REGISTERED AGENTS, A Nevada Domestic Corporation, ANDERSON LAW GROUP, PLLC, A | |

|   |   |
|---|---|
| 1 | Washington Registered Foreign Limited Liability Company with the State of Nevada, ANDERSON BUSINESS ADVISORS, LLC, A Nevada Limited Liability Company, GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST CHESTER AVENUE SOLUTIONS LLC, A Washington Limited Liability Company, VAST BROWNE'S ADDITION SOULTIONS, LLC, A Washington Limited Liability Company, VAST FINANCIAL SOLUTIONS, LLC, A Washington Limited Liability Company, VAST MORTGAGE SOLUTIONS, LLC, A Washington Limited Liability Company, VAST FIR AVENUE SOLUTIONS, LLC, A Washington Limited Liability Company, VAST OLD KENNEWICK SOLUTIONS, LLC, A Washington Limited Liability Company, VAST PROPERTY SOLUTIONS, LLC, A Washington Limited Liability Company, VAST WHOLESALE SOLUTIONS, LLC, A Washington Limited Liability Company, VAST WEST ALBANY SOLUTIONS, LLC, A Washington Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company; DOES 1-100, inclusive, |
|   | Defendants. |

Plaintiff Katelyn Whittemore, by and through her counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case. Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

1     Dated this 12th day of August, 2020.

<br>

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  August 13, 2020