CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 13181
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
RYAN A. LOOSVELT, ESQ.
Nevada Bar No. 8550
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmamer@messner.com
rfinch@messner.com
rloosvelt@messner.com

*Attorneys for Defendants,
Anderson Financial Services, LLC,
Andrew "Toby" Mathis, Clint Coons,
and Michael Bowman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KATELYN WHITTEMORE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company; ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, a Washington Limited Liability Company; and Anderson Investment Consultants, LLC; DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01951-GMN-EJY <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Plaintiff, Kaitlyn Whittemore and Defendants, Anderson Financial Services, LLC, Andrew "Toby" Mathis, Clint Coons, and Michael Bowman, by and through counsel of record, hereby stipulate and agree that Defendants Anderson Financial Services, LLC, Andrew "Toby" Mathis, Clint Coons, and Michael Bowman will be granted an extension until **March 9, 2021** to file and serve a response to Plaintiff's Second Amended Complaint [ECF 45].

This request is made in good faith and not for the purpose of delay.

DATED: February 16, 2021.

           **MESSNER REEVES LLP**

           BY: */S/ CHRISTINA MUNDY-MAMER*

           CHRISTINA MUNDY-MAMER, ESQ.
           Nevada Bar No. 13181
           RENEE M. FINCH, ESQ.
           Nevada Bar No. 13118
           8945 W. Russell Road, Suite 300
           Las Vegas, Nevada 8914
           *Attorneys for Defendants,*
           *Anderson Financial Services, LLC,*
           *Andrew "Toby" Mathis, Clint Coons,*
           *and Michael Bowman*

///

///

///

///

///

///

///

**MULLINS & TRENCHAK**

BY: */S/ PHILIP J. TRENCHAK*
PHILIP J. TRENCHAK, ESQ.
VICTORIA MULLINS, ESQ.
1614 S. MARYLAND PARKWAY
LAS VEGAS, NV 89104
*Attorneys for Plaintiff*

And

**HKM EMPLOYMENT ATTORNEYS, LLP**

JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
1785 EAST SAHARA, SUITE 300
LAS VEGAS, NEVADA 89104
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 17, 2021