KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

*Attorneys for Defendants*
*Vast Holdings Group, LLC,*
*Vast Solutions Group, Inc.,*
*Vast Solutions Group, LLC,*
*Vast Financial Solutions, Inc.,*
*Graphene Advisors, LLC,*
*Anderson Investment Consultant, LLC*
*And R. Kenner French*

### UNTIED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KATELYN WHITTEMORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDING GROUP, LLC, doing business as a Nevada limited-liability company, ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOULTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, ANDERSON INVESTMENT CONSULTANTS, LLC, DOES 1-100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-01951-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (FIRST REQUEST)** |

///

///

- 1 –

13984-01\2555342.docx

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (FIRST REQUEST)

Plaintiff KATELYN WHITTEMORE ("Plaintiff") and Defendants VAST HOLDINGS GROUP, LLC, VAST FINANCIAL SOLUTIONS, INC., GRAPHENE ADVISORS LLC, VAST SOLUTIONS GROUP, INC., VAST SOLUTIONS GROUP, LLC, ANDERSON INVESTMENT CONSULTANTS, LLC, AND RAYMOND KENNER FRENCH ("Defendants"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendants to respond to Plaintiff's Second Amended Complaint up to and including February 19, 2021.

Dated this 18th day of February, 2021

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Jenny L. Foley
Philip J. Trenchak, Esq.
Victoria C. Mullins, Esq.
1614 S. Maryland Parkway
Las Vegas, NV 89104

Jenny L. Foley, Ph.D., Esq.
**HKM Employment Attorneys LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*

Dated this 18th day of February, 2021

**HOLLEY DRIGGS**

/s/ Kristol Bradley Ginapp
Kristol Bradley Ginapp, Esq.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for Defendants
Vast Holdings Group, LLC,
Vast Solutions Group, Inc.,
Vast Solutions Group, LLC,
Vast Financial Solutions, Inc.,
Graphene Advisors, LLC, and
R. Kenner French*

**IT IS SO ORDERED:**

Dated: February 18, 2021

_____
U.S. MAGISTRATE JUDGE

- 2 –

13984-01\2555342.docx