UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATELYN WHITTEMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDERSON FINANCIAL SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 2:19-cv-01951-GMN-EJY<br><br>**ORDER** |

Before the Court is Prince Law Group's Motion to Withdraw as Counsel and Remove Counsel from Electronic Service List. ECF No. 86. The Motion explains that Prince Law Group has a conflict of interest that prevents its continued representation of Defendant in this matter. Defendant will not be prejudiced by withdrawal because discovery is stayed and no dispositive motions are pending. There is also no trial date set and Defendant continues to be represented by another firm.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record and Remove Counsel from Electronic Service List (ECF No. 86) is GRANTED.

DATED THIS 22nd day of February, 2021.

 _____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1