CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 13181
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: cmamer@messner.com
         rfinch@messner.com

*Attorneys for Defendants,*
*Anderson Financial Services, LLC,*
*Andrew "Toby" Mathis, Clint Coons,*
*and Michael Bowman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| KATELYN WHITTEMORE, an individual, | Case No. 2:19-cv-01951-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company; ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, a Washington Limited Liability Company; and Anderson Investment Consultants, LLC; DOES 1-100, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Kaitlyn Whittemore and Defendants, Anderson Financial Services, LLC, Andrew

{04689879 / 1}

**DEFENDANT ANDERSON FINANCIAL SERVICES, LLC'S STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**(SECOND REQUEST)**

"Toby" Mathis, Clint Coons, and Michael Bowman, by and through counsel of record, hereby stipulate and agree that Defendants Anderson Financial Services, LLC, Andrew "Toby" Mathis, Clint Coons, and Michael Bowman[1] will be granted an extension until **April 15, 2021** to file and serve a response to Plaintiff's Second Amended Complaint [ECF 45].

This request is made in good faith and not for the purpose of delay.

**DATED:** March 9, 2021

**MESSNER REEVES LLP**

BY: /s/ *Christina Mundy-Mamer*

CHRISTINA MUNDY-MAMER, ESQ.
RENEE M. FINCH, ESQ.
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants,*
*Anderson Financial Services, LLC,*
*Andrew "Toby" Mathis, Clint Coons,*
*and Michael Bowman*

**MULLINS & TRENCHAK**

BY: /s/ *Philip J. Trenchak*

PHILIP J. TRENCHAK, ESQ.
VICTORIA MULLINS, ESQ.
1614 S. MARYLAND PARKWAY
LAS VEGAS, NV 89104
*Attorneys for Plaintiff*

And

**HKM EMPLOYMENT ATTORNEYS, LLP**

JENNY FOLEY, ESQ.
1785 EAST SAHARA, SUITE 300
LAS VEGAS, NEVADA 89104

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED this 10th day of _____March_____, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Bowman executed a Waiver of the Service of Summons on February 10, 2021.

{04689879 / 1}

**DEFENDANT ANDERSON FINANCIAL SERVICES, LLC'S STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**(SECOND REQUEST)**