KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail:  kginapp@nevadafirm.com
KENDALL LOVELL, ESQ.
Nevada Bar No. 15590
E-mail:  klovell@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:   702/791-1912

*Attorneys for Defendants*
*Vast Holdings Group, LLC,*
*Vast Solutions Group, Inc.,*
*Vast Solutions Group, LLC,*
*Vast Financial Solutions, Inc.,*
*Graphene Advisors, LLC,*
*Anderson Investment Consultants, LLC*
*And R. Kenner French*

**UNTIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATELYN WHITTEMORE, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDING GROUP, LLC, doing business as a Nevada limited-liability company, ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOULTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, ANDERSON INVESTMENT CONSULTANTS, LLC, DOES 1-100, inclusive,<br><br>            Defendants. | Case No.:   2:19-cv-01951-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637 (FIRST REQUEST)** |

- 1 –

13984-01\2580236.docx

|   |   |
|---|---|
| 1 | VAST HOLDING GROUP, LLC, a Nevada limited liability company, VAST SOLUTIONS GROUP, INC., a Nevada Corporation, GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, RAYMOND "KENNER" FRENCH, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaimants, |
| 7 | v. |
| 8 | KATELYN WHITTEMORE, an individual, and DOES I-X, and ROE CORPORATIONS I-X, inclusive, |
| 9 | |
| 10 | Counter-Defendants. |

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637 (FIRST REQUEST)

Plaintiff/Counter-Defendant KATELYN WHITTEMORE ("Plaintiff") and Defendants/Counterclaimaints VAST HOLDINGS GROUP, LLC, VAST SOLUTIONS GROUP, INC., VAST SOLUTIONS GROUP, LLC, VAST FINANCIAL SOLUTIONS, INC., GRAPHENE ADVISORS, LLC, ANDERSON INVESTMENT CONSULTANTS, LLC AND R. KENNER FRENCH ("Defendants"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendants to respond to Plaintiff's/Counter-Defendant's Anti-SLAPP Special Motion to Dismiss Pursuant to NRS 41.637 (ECF 92), which was filed March 30, 2021. The parties stipulate to allow Defendants up to and including April 27, 2021 to file a response to

///
///
///
///
///
///
///

the Motion.  Good cause exists for the requested two-week extension of time as Defendants' counsel is currently preparing for an arbitration in another matter set to begin April 19, 2021.

Dated this 12th day of April, 2021

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

 /s/ Jenny L. Foley
Philip J. Trenchak, Esq.
Victoria C. Mullins, Esq.
1614 S. Maryland Parkway
Las Vegas, NV 89104

Jenny L. Foley, Ph.D., Esq.
**HKM Employment Attorneys LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*

Dated this 12th day of April, 2021

**HOLLEY DRIGGS**

 /s/ Kristol Bradley Ginapp
Kristol Bradley Ginapp, Esq.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for Defendants
Vast Holdings Group, LLC,
Vast Solutions Group, Inc.,
Vast Solutions Group, LLC,
Vast Financial Solutions, Inc.,
Graphene Advisors, LLC, and
R. Kenner French*

**IT IS SO ORDERED:**

Dated this 14 day of April, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

- 3 –