| | |
|---|---|
| 1 | KRISTOL BRADLEY GINAPP, ESQ. |
| | Nevada Bar No. 8468 |
| 2 | E-mail:  kginapp@nevadafirm.com |
| | KENDALL LOVELL, ESQ. |
| 3 | Nevada Bar No. 15590 |
| | E-mail:  klovell@nevadafirm.com |
| 4 | HOLLEY DRIGGS |
| | 400 South Fourth Street, Third Floor |
| 5 | Las Vegas, Nevada 89101 |
| | Telephone:    702/791-0308 |
| 6 | Facsimile:      702/791-1912 |

*Attorneys for Defendants*
*Vast Holdings Group, LLC,*
*Vast Solutions Group, Inc.,*
*Vast Solutions Group, LLC,*
*Vast Financial Solutions, Inc.,*
*Graphene Advisors, LLC,*
*Anderson Investment Consultants, LLC*
*And R. Kenner French*

# UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATELYN WHITTEMORE, an individual, | Case No.:   2:19-cv-01951-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637 (SECOND REQUEST)** |
| ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDING GROUP, LLC, doing business as a Nevada limited-liability company, ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOULTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, ANDERSON INVESTMENT CONSULTANTS, LLC, DOES 1-100, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | VAST HOLDING GROUP, LLC, a Nevada limited liability company, VAST SOLUTIONS GROUP, INC., a Nevada Corporation, GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, RAYMOND "KENNER" FRENCH, an individual, |

VAST HOLDING GROUP, LLC, a Nevada limited liability company, VAST SOLUTIONS GROUP, INC., a Nevada Corporation, GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, RAYMOND "KENNER" FRENCH, an individual,

Counterclaimants,

v.

KATELYN WHITTEMORE, an individual, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,

Counter-Defendants.

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637 (SECOND REQUEST)**

Plaintiff/Counter-Defendant KATELYN WHITTEMORE ("Plaintiff") and Defendants/Counterclaimaints VAST HOLDINGS GROUP, LLC, VAST SOLUTIONS GROUP, INC., VAST SOLUTIONS GROUP, LLC, VAST FINANCIAL SOLUTIONS, INC., GRAPHENE ADVISORS, LLC, ANDERSON INVESTMENT CONSULTANTS, LLC AND R. KENNER FRENCH ("Defendants"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendants to respond to Plaintiff's/Counter-Defendant's Anti-SLAPP Special Motion to Dismiss Pursuant to NRS 41.637 (ECF 92), which was filed March 30, 2021. This is the parties' second request for an extension. The parties stipulate to allow Defendants up to and including May 11, 2021 to file a response to the Motion. Good cause exists for the requested

///
///
///
///
///
///

two-week extension of time as Defendants' counsel, Kristol Bradley Ginapp, has recently been advised of a personal medical issue which requires immediate medical treatment.

Dated this 27th day of April, 2021

**MULLINS & TRENCHAK,
ATTORNEYS AT LAW**

/s/ *Philip J. Trenchak*
Philip J. Trenchak, Esq.
Victoria C. Mullins, Esq.
1614 S. Maryland Parkway
Las Vegas, NV 89104

Jenny L. Foley, Ph.D., Esq.
**HKM Employment Attorneys LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*

Dated this 27th day of April, 2021

**HOLLEY DRIGGS**

/s/ *Kristol Bradley Ginapp*
Kristol Bradley Ginapp, Esq.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for Defendants
Vast Holdings Group, LLC,
Vast Solutions Group, Inc.,
Vast Solutions Group, LLC,
Vast Financial Solutions, Inc.,
Graphene Advisors, LLC, and
R. Kenner French*

**IT IS SO ORDERED:**

Dated this  28  day of April, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

- 3 –

# CERTIFICATE OF SERVICE

I certify that on April 27, 2021 I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637 (SECOND REQUEST)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System:

Philip J. Trenchak, Esq.
Victoria C. Mullins, Esq.
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, NV 89104
P: 702-778-9444
F: 702-778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff/Counter-Defendant*

Jenny L. Foley, Ph.D., Esq.
HKM Employment Attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
P: 702-805-8340
F: 702-805-8340
E: jfoley@hkm.com
*Attorneys for Plaintiff/Counter-Defendant*

Christina Mundy-Mamer, Esq.
Renee M. Finch, Esq.
Messner Reeves LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
P: 702-363-5100
F: 702-363-5101
E: cmamer@messner.com
E: rfinch@messner.com
*Attorneys for Defendants Anderson Financial Services LLC, Andrew "Toby" Mathis, Clint Coons and Michael Bowman*

By  /s/ Kileen Watase
    An Employee of HOLLEY DRIGGS