**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E-mail: phil@mullinstrenchak.com
*Attorneys for Plaintiff/Counter-Defendant*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff/Counter-Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATELYN WHITTEMORE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company; ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation; | **CASE NO.: 2:19-cv-01951-GMN-EJY** <br><br> **STIPULATION AND ORDER TO REPLY TO DEFENDANTS'/ COUNTERCLAIMANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S/COUNTER-DEFENDANT'S ANTI-SLAPP SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.637** <br><br> **(FIRST REQUEST)** |

| | |
|---|---|
| GRAPHENE ADVISORS LLC, a Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, a Washington Limited Liability Company; and Anderson Investment Consultants, LLC; DOES 1-100, inclusive.<br><br>     Defendants. | |
| VAST HOLDING GROUP, LLC, a Nevada limited liability company, VAST SOLUTIONS GROUP, INC., a Nevada Corporation, GRAPHENE ADVISORS LLC, A Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, A Washington Limited Liability Company, RAYMOND "KENNER" FRENCH, an individual,<br><br>     Counterclaimants,<br>v.<br><br>KATELYN WHITTEMORE, an individual, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>     Counter-Defendants. | |

Plaintiff/Counter-Defendant KATELYN WHITTEMORE ("Plaintiff") and Defendants/Counterclaimants VAST HOLDINGS GROUP, LLC, VAST SOLUTIONS GROUP, INC., VAST SOLUTIONS GROUP, LLC, VAST FINANCIAL SOLUTIONS, INC., GRAPHENE ADVISORS, LLC, ANDERSON INVESTMENT CONSULTANTS, LLC AND R. KENNER FRENCH ("Defendants"), by and through their counsel of record, hereby stipulate to extend the deadline for Plaintiff to reply to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99), which was filed on May 11, 2021. The parties hereby stipulate and agree as follows:

1. Plaintiff's reply to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99) is currently due on May 18, 2021.

2. In order to avoid unnecessary time and expense in connection with motions to dismiss and other litigation matters pertaining to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99), Plaintiff and Defendants have agreed to extend the time by which Plaintiff shall be required to reply to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99) by a period of two (2) weeks.

3. Pursuant to this agreement between the parties, Plaintiff shall be required to file a reply to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99) or before June 8, 2021.

4. The parties agree that good cause exists for the request for the extension of the deadline for a reply to Defendants' Response in Opposition to Plaintiff's Anti-SLAPP Special Motion to Dismiss pursuant to NRS 41.637 (ECF 99) for the above-specified reasons.

///

///

///

///

///

///

5. The parties agree that the requested extension is warranted under the current circumstances and will not result in an undue or significant delay in the administration of this case.

Dated this 26th day of May, 2021.   Dated this 26th day of May, 2021.

HKM EMPLOYMENT ATTORNEYS LLP   HOLLEY DRIGGS

/s/ Jenny L Foley   /s/ Kristol Bradley Ginapp
Jenny L. Foley, Ph.D., Esq.   Kristol Bradley Ginapp, Esq.
Nevada Bar No. 9017   400 South Fourth Street, 3rd Floor
1785 East Sahara Ave., Suite 300   Las Vegas, NV 89101
Las Vegas, Nevada 89104

*Attorneys for Defendants*
Philip J. Trenchak, Esq.   *Vast Holdings Group, LLC,*
Victoria C. Mullins, Esq.   *Vast Solutions Group, Inc.,*
MULLINS & TRENCHAK,   *Vast Solutions Group, LLC,*
ATTORNEYS AT LAW   *Vast Financial Solutions, Inc.,*
1614 S. Maryland Parkway   *Graphene Advisors, LLC, and*
Las Vegas, NV 89104   *R. Kenner French*

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED *nunc pro tunc*.

Dated this 3 day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court