UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATELYN WHITTEMORE, | Case No. 2:19-cv-01951-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDERSON FINANCIAL SERVICES, LLC, et al., | |
| Defendants. | |

Defendant filed the exact same document twice; that is, the Stipulation and Order Extending Time to Respond to Plaintiff's Second Amended Complaint (ECF Nos. 105 and 106). The identical Stipulations provide no reason for the fourth extension requested. In the absence of any explanation regarding why the fourth extension is needed, the Court will not grant the request.

Accordingly, IT IS HEREBY ORDERED that the Stipulations and Orders Extending Time to Respond to Plaintiff's Second Amended Complaint (ECF Nos. 105 and 106) are DENIED.

DATED THIS 17th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1