UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KATELYN WHITTEMORE,

        Plaintiff,

v.

ANDERSON FINANCIAL SERVICES, LLC,
et al.,

        Defendants.

Case No. 2:19-cv-01951-GMN-EJY

**ORDER**

       Pending before the Court is the Motion to Withdraw as Counsel of Record for Defendants Counterclaimants Anderson Investment Consultants, LLC, Graphene Advisors, LLC, Vast Financial Solutions, Inc., Vast Holdings Group, LLC, Vast Solutions Group, Inc., Vast Solutions Group, LLC, and R. Kenner French ("Defendants").  ECF No. 114.  No response to this Motion has been filed.

       The Motion explains in detail that Defendants are unable to meet their financial obligations to counsel that which have already accrued, and which will continue to accrue, by virtue of counsel's representation of these parties.  Counsel also advises, and the Court has confirmed, that no motions are pending, no trial date is set, the discovery period does not close until July 19, 2022, and counsel obtained an extension for responses to currently pending discovery.

       Based on the foregoing, the Court finds counsel has met the standard required for permissive withdrawal under the applicable Nevada Rules.

       Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 114) is GRANTED.

       IT IS FURTHER ORDERED that Defendants shall have 30 days from the date of this Order to respond to pending discovery requests.

       DATED THIS 1st day of March, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE