**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATELYN WHITTEMORE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW "TOBY" MATHIS, an Individual, CLINT COONS, an Individual, MICHAEL BOWMAN, an Individual, RAYMOND "KENNER" FRENCH, an Individual, VAST HOLDINGS GROUP, LLC, doing business as a Nevada Limited Liability Company; ANDERSON FINANCIAL SERVICES, LLC, doing business as a Foreign Washington Limited Liability Company; VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation; GRAPHENE ADVISORS LLC, a Nevada Limited Liability Company, VAST SOLUTIONS GROUP, LLC, a Washington Limited Liability Company; Anderson Investment Consultants, LLC; and DOES 1-100, inclusive,<br>                    Defendants. | **CASE NO.: 2:19-cv-01951-GMN-EJY**<br><br>**STIPULATION AND ORDER TO DISMISS ANDREW "TOBY" MATHIS, CLINT COONS, MICHAEL BOWMAN, AND ANDERSON FINANCIAL SERVICES, LLC WITH PREJUDICE** |

Plaintiff, KATELYN WHITTEMORE ("Plaintiff") and Defendants Andrew "Toby" Mathis, Clint Coons, Michael Bowman, and Anderson Financial Services, LLC ("Defendants"),

{07131521 / 1} Page **1** of **2**

by and through their counsel of record, hereby stipulate to dismiss this action, with prejudice.

Each party to bear its own attorney's fees and costs.

Dated this 22nd day of February, 2023                Dated this 22nd day of February, 2023

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **MESSNER REEVES** |
| */s/ Jenny L. Foley* | */s/ Christina Mundy* |
| **JENNY L. FOLEY, Ph.D., ESQ.** | **CHRISTINA MUNDY, ESQ.** |
| 1785 East Sahara, Suite 300 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89148 |
| Tel: 702-805-8340 | Tel: 702-363-5100 |
| Fax: 702-805-8340 | Fax: 702-363-5101 |
| E-mail: jfoley@hkm.com | Email: cmundy@messner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated this 22nd day of February, 2023

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

*/s/ Philip J. Trenchak*
**PHILIP J. TRENCHAK, ESQ.**
**VICTORIA C. MULLINS, ESQ.**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: 702-778-9444
Fax: 702-778-9449
E-mail: phil@mullinstrenchak.com
E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2023