**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive Suit 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

-AND-

**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E-mail: phil@mullinstrenchak.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATELYN WHITTEMORE, an individual,<br>                    Plaintiff,<br>vs.<br>ANDREW "TOBY" MATHIS, an individual, CLINT COONS, an individual, MICHAEL BOWMAN, an individual, RAYMOND "KENNER" FRENCH, an individual, VAST HOLDINGS GROUP, LLC, doing business as a Nevada limited-liability company; ANDERSON FINANCIAL SERVICES, LLC, doing business as a foreign Washington limited-liability company; ANDERSON INVESTMENT CONSULTANTS, LLC, an unknown corporation, VAST SOLUTIONS GROUP, INC., a Nevada Corporation, VAST FINANCIAL SOLUTIONS, INC., a Nevada Domestic Corporation; | **CASE NO.: 2:19-cv-01951-GMN-EJY**<br><br>**VOLUNTARY MOTION TO DISMISS** |

//

1    This matter has been resolved. Accordingly, and pursuant to Rule 41(a)(2) of the
2    Federal Rules of Civil Procedure, Plaintiff Kaitlyn Whittemore hereby moves this Court to
3    dismiss this action with prejudice, with all parties to bear their own fees and costs.

5    Dated this 27th Day of July 2023.

7                             **HKM EMPLOYMENT ATTORNEYS LLP**

                              */s/ Jenny L. Foley*
                              Jenny L. Foley, Ph.D., Esq.
                              Nevada Bar No. 9017
                              101 Convention Center Drive Suit 600
                              Las Vegas, Nevada 89109
                              Tel: (702) 625-3893
                              Fax: (702) 625-3893
                              E-mail: jfoley@hkm.com
                              *Attorney for Plaintiff*

                              **ORDER**

IT IS SO ORDERED:

                              _____
                              UNITED STATES DISTRICT JUDGE

                              DATED:  July 27, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th Day of July 2023, I caused to be served a true and correct copy of the foregoing **VOLUNTARY MOTION TO DISMISS** on the following persons as follows:

_____    by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

__X__    to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system – CM/ECF and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

_____    to be hand delivered to the persons and/or addresses below:

/s/ Gabriela Damas
An Employee of HKM EMPLOYMENT ATTORNEYS LLP

Page **3** of **3**